452 A.2d 49

Commonwealth v. Spiegel.

Appeal of Carl D. Potnick.

Argued December 14, 1981. Carl D. Potnick, appellant, in propria persona; Michael S. Goodwin, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Order affirmed.